**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:  Lee-Var, Inc. d/b/a Palmer of Texas Tanks, Inc. v. M-I Overseas Limited

Appellate case number:  01-17-00238-CV

Trial court case number:  2014-01813

Trial court:  333rd District Court of Harris County

Appellant, Lee-Var, Inc. d/b/a Palmer of Texas Tanks, Inc., and appellee, M-I Overseas Limited, have filed an agreed motion to abate the appeal pending finalization of their settlement agreement. We **grant** the motion.

Accordingly, we **abate** the appeal. No later than 45 days from the date of this order, the parties shall file a motion to reinstate and dismiss the appeal, a motion to reinstate and proceed with the appeal, or a report advising the Court of the status of the proceedings. If the parties do not respond as directed, the case may be reinstated on the Court's active docket and the appeal will proceed under the applicable Texas Rules of Appellate Procedure.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
☑ Acting individually     ☐ Acting for the Court

Date: August 3, 2017